IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER MOORE,

        Plaintiff,

v.                                           4:05cv473-WS

PETE BUCHER and
DAVID BALLENGER,

        Defendants.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 18) docketed April 14, 2006.  The magistrate judge recommends that the plaintiff's amended complaint be dismissed for failure to state a claim upon which relief may be granted.  The plaintiff has filed no objections to the report and recommendation.

    Having considered the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

    2.  The complaint, and this action, are hereby DISMISSED for failure to state a claim.

3.  The clerk shall enter judgment accordingly and shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this May 23, 2006.

  /s William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE